FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

ASM P-30813-3809- GA-GDC

434088-DANENBERG-ROBERT-A-

3001 GORDON HWY-Grovetown,

GA-30813-3809

(Enter above full name of plaintiff or plaintiffs)

.v.

WARDEN-ASMP-GA-30813-3809-

JAMES KEVIN Perry-3001

Gordon Hwy-Grovetown- GA-30813-

3809

(Enter above full name of defendant or defendants).

I.    Previous lawsuits

A..    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?                    Yes _____ No ✓

If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.    Parties to this previous lawsuit:

Plaintiffs: _____

Defendants: _____

2.    Court (if federal court, name the district; if state court, name the county):

_____

3.    Docket number: _____

4.    Name of judge assigned to case: _____

5.  Disposition
    (for example, was the case dismissed? appealed? is it still pending?):

    _____

6.  Approximate date of filing lawsuit: _____

7.  Approximate date of disposition: _____

8.  Were you allowed to proceed *in forma pauperis* (without prepayment of
    fees)?                                    Yes _____  No _____

B.  While incarcerated or detained in any facility, have you brought any lawsuits in
    federal court which deal with facts other than those involved in this action?
                                              Yes ✓  No _____

    If your answer to B is yes, describe each lawsuit in the space below. (If there is more
    than one lawsuit, describe the additional lawsuits on another piece of paper, using the
    same outline.)

1.  Parties to previous lawsuit:

    Plaintiffs: _____Ed Philbin    Augusta WARDEN_____

    Defendants: _____US_____

2.  Court (name the district):

    _____

3.  Docket number: _____

4.  Name of judge assigned to case: _____H- Randall's Hall_____

5.  Disposition
    (for example, was the case dismissed? appealed? is it still pending?):

    _____No relief may be granted_____

6.  Approximate date of filing lawsuit: _____yrs ago_____

7.    Approximate date of disposition: _____

8.    Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?                                    Yes _____    No _____

C.    As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?                        Yes _____    No ✓

1.    If your answer to C is yes, name the court and docket number for each case:

_____    _____
_____    _____
_____    _____

II.    Place of present confinement: ___ I-1-ASMP _____

A.    Is there a prisoner grievance procedure in this institution?  Yes ✓    No _____

B.    Did you present the facts relating to your complaint to the appropriate grievance committee?                        Yes _____    No ✓

C.    If your answer to B is yes:

1.    What steps did you take? _____
_____
_____
_____

2.    What was the result? _____
_____
_____
_____
_____

3

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure?    Yes ____ No ____

If yes, what was the result? _____

_____

_____

D. If you did not utilize the prison grievance procedure, explain why not: _____

NOT A Grievable ISSUE

AT BAR INVOLVES HOUSING ASSIGNMENT

IV. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff:    See Style
   Address: _____

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant:    See Style
   Position: _____
   Place of employment: _____
   Current address: _____

C. Additional defendants:    Unknown

_____

_____

_____

_____

4

V.  Statement of Claim

State here as briefly as possible the FACTS in your case.  Describe how each
defendant is personally involved in the depriving you of your rights.  You must
include relevant times, dates, places, and names of witnesses.  DO NOT GIVE
LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.  If you intend to
allege a number of related claims, number and set forth each claim in a separate
paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

On 1/4/24 Warden J.K. Perry stated "Put it in writing."
For the last 4 yrs It has participated in systematic
cruel and unusual punishment by inmates performing
bizzare acts of intimidation several times/day. Patholo-
gically lying to staff-filing false "Pree" and other
claims - it has clearly amounted to torture. Because
of aforementioned facts medical attention has been denied
almost entirely. ASMP IS AN ICE-METH-DOG-
KENNEL with unbelievably large Amounts of ICE and
other hard contraband inside. Warden/any has participated
in this and Extortion in the instant case. This
bizzare nature involve all and More of the following
and IS WHY HE KEEPS ME IN I-1: A. My Family
was MASS murdered by MD's w/ fake diagnosis. B. Considerable
Assets were converted C. Extensive legal mail to DC 007
US Solicitor was w/held illy forged/altered D. Staff
participation in the abuse is constant and unfathomable
E. bizzarly interference with US President-elect Electors
is involved half directly half collaterally F.
Abnormally delinquent medical care which is deliberately
indifferent to Plaintiff's medical needs. (G) threats to
acquaintances and friends/family by inmates has
been occurring. Right to add by Amendment reserved

5

VI.    Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

Meet And Proper relief

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __5__ day of _____,~~19~~ 2024

Prisoner No. __434086__

_____
(Signature of Plaintiff)

1/5/24

Magistrate/Clerk
US Distr Court
South Div / GA
Box 8286
Savannah, GA 31412

ASMP-30813-3808-GA
Daverley Robert 474008
3001 Gordon Hwy
Grovetown Ga 30813-3808

RE: 42 USC 1983
Filing fee
RMT

Dear Sir/Madame:

Assuming today's E-filings
one CL of 42-83 Suit is filed,
I need to know the current
filing fee And a case # would help
to get a check from my brother-in-law
law-in Canton Ga - 30114 - Terry Evans.

over

4283      PF°/      c°)₁      1/5/24

*400ᴺᴼ NVN Lel Court Orders of 8/12/19*

### INSTRUCTIONS FOR FILING COMPLAINTS BY PRISONERS
#### UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
##### in the United States District Court for the Southern District of Georgia

This packet contains a complaint form and a form to be used by prisoners who seek to proceed without prepayment of the filing fee. The Clerk will not file your complaint unless it conforms to these instructions and to these forms.

1. To start an action in this Court, you must complete and file the attached "FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983." The completed form becomes your complaint. The complaint must be legibly handwritten or typed. Each plaintiff must sign and swear to the complaint.

2. You must file the original of the complaint, an additional copy for the Court, and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint. You should also keep an additional copy of the complaint for your records. All copies of the complaint must be identical to the original. If you do not have access to photocopying, you must provide carbon copies or produce additional copies by hand. Four copies of the complaint form are included in this packet; additional copies may be obtained from the officials at the institution where you are confined or directly from the Clerk of this Court.

3. Your complaint can be brought in this Court only if one or more of the named defendants is located within this district or a substantial part of the events or omissions giving rise to the claim occurred in this district. The counties comprising this district include Appling, Atkinson, Bacon, Brantley, Bryan, Bulloch, Burke, Camden, Candler, Charlton, Chatham, Coffee, Columbia, Dodge, Effingham, Emanuel, Evans, Glascock, Glynn, Jeff Davis, Jefferson, Jenkins, Johnson, Laurens, Liberty, Lincoln, Long, McDuffie, McIntosh, Montgomery, Pierce, Richmond, Screven, Taliaferro, Tattnall, Telfair, Toombs, Treutlen, Ware, Warren, Wayne, Wheeler, and Wilkes counties in Georgia.

4. You must file a separate complaint for each claim unless they all relate to the same incident or issue.

5. You must state the facts which support your claim. **The complaint should not contain legal arguments or citations.**

6.   Under the Prison Litigation Reform Act (enacted April 26, 1996), prisoners seeking to bring a civil action shall be required to pay a filing fee of $~~400.00~~ Prisoners unable to prepay the filing fee may apply to pay the fee in installments by filing an "APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES." Four copies of this application form are included in this packet. You must either submit the $~~350.00~~ filing fee or the application to proceed without prepayment of fees at the time you file your complaint.
*~~400 no old form~~*

7.   If you seek to pay your fee in installments, the Court will supply you with appropriate forms for (1) furnishing a certified copy of your prison trust fund account statement for the six-month period immediately preceding the filing of your complaint and (2) consenting to the collection of monies from your trust fund account in accordance with the provisions of the Prison Litigation Reform Act. Upon receipt of these forms, the Court will assess an initial partial filing fee of 20 percent of the greater of the average monthly deposits to, or average monthly balance in, your prison account for the six-month period preceding the filing. After payment of the initial partial filing fee, the agency having custody over you will be ordered to set aside 20 percent of all deposits to your trust fund account and to forward such amounts to the Court whenever the funds exceed $10.00.

8.   The filing fee is not refundable, regardless of outcome, and deductions from your prison account will continue until the total fee is collected, even if your case is dismissed at the outset.

9.   If a judgment is later entered against you for costs, you will be required to pay those costs in the same manner as provided for payment of the filing fee.

10.  A prisoner who has had three or more civil actions or appeals dismissed as frivolous, malicious, or for failure to state a claim is not eligible to proceed without prepayment of the full filing fee unless the prisoner is in imminent danger of serious physical injury.

11.  The original and all copies of the complaint, the filing fee or the application to proceed without prepayment of fees, and any other correspondence pertaining to this action should be sent to:

   Clerk of Court
   United States District for the Southern District of Georgia
   P.O. Box 8286
   Savannah, Georgia 31412

Robert A. Danenberg
AUGUSTA ST MED PRIS; INMATE#434088
3001 GORDON HIGHWAY
GROVETOWN, GA 30813

RECEIVED

U.S. Marshals Service
Savannah Georgia

S.D. GA-US-DIST Clerk
PO BOX 8
SAVANNAH, Ga 31412

1/3/24

Legal Mail

31412388786

FREEDOM
FOREVER/USA

WOMEN
CRYPTOLOGISTS
OF
WORLD
WAR
II
USA
FOREVER
2022