IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| ROBERT A. DANENBERG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 124-006 |
| | ) | |
| WARDEN JAMES KEVIN PERRY, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Before the Court is Plaintiff's "Motion for Reduction of Filing Costs." (Doc. no. 5.) After Plaintiff filed his complaint, the Clerk of Court informed him he must "either pay the filing fee or submit a properly completed 'Motion to Proceed *In Forma Pauperis*'" for his suit to proceed. (Doc. no. 3.) Plaintiff paid the filing fee on January 31, 2024, but now requests the Court retroactively reduce the $405 filing fee paid to the Court and credit any refund to the credit or debit card used to provide the payment. (See id. at 9.) Because Plaintiff opted not to proceed *in forma pauperis* when given the opportunity and "[t]he Court is not aware of any precedent which would support granting this request," Murray-Bey v. City of Port Wentworth, No. 420-CV-199, 2020 WL 5578691, at *1 n.1 (S.D. Ga. Sept. 17, 2020), the Court **DENIES** the motion, (doc. no. 5). See also Rosetta v. United States, No. 417-cv-155, 2017 WL 4415674, at *1 n.1 (S.D. Ga. Aug. 29, 2017), *adopted by*, 2017 WL 4391720 (S.D. Ga. Sept. 29, 2017); Mangram v. Darden, No. 216-CV-049, 2016 WL 7366883, at *1 (S.D. Ga. Dec. 19, 2016).

SO ORDERED this 5th day of March, 2024, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA