5/9/24   1/8 9

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Augusta Division

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
10:39 AM
May 20, 2024
B. Burton
Deputy Clerk

Davenberg

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

MH Counselor JAMES, LISA MAYO
DONNA Young

**Defendant(s)**
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. CV 124-006
*(to be filled in by the Clerk's Office)*

new file #

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: *Known to Court Court*
All other names by which you have been known:
ID Number:
Current Institution:
Address:

City    State    Zip Code

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: *MH Counselor JAMES ASMP*
Job or Title *(if known)*:
Shield Number:
Employer:
Address:

City    State    Zip Code
[ ] Individual capacity   [x] Official capacity

Defendant No. 2
Name: *LISA MAYO*
Job or Title *(if known)*: *ASMP MH UNIT MGR*
Shield Number:
Employer:
Address:

City    State    Zip Code
[x] Individual capacity   [ ] Official capacity

5) s/ 5/9 Donna Young
Director m/h
ASMP

3/9

9|8  5|9

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

---

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

---

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☐ Other *(explain)* Falsely Convicted Jew

Know right from wrong =
"Lose your head" Ham
See 1834 O.C.G.

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

I Am in Protective custody, I Am being attacked as follows
1) A Cattle Prod device in my subj / 10 sec/ 1.5 yr
2) Ants attacking my room, Extremely Dangerous

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

3) Canned trays - uneadible

---

over

m/s) 4) Meds inadequate
       wrong Doses, Emergency
       medical conditions exist / no care

s/9  5) Can't barely walk

     6) Been Bodily Beaten up
        refused 3-antibiotic
        o(w)t / Anti-Biotics

     7) Accused of so/icing gay
        Sex with sexy Young Black
        Neighbor and Gang Members
        White Ghost Face next door(s)
        through wall

s/9  8) Continuously sprayed w/ urine /
m/9     feces all night, raided
s/9     at night while asleep, holes
        in wall go through both
        side cells etc  on/on

Pro Se (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.  What date and approximate time did the events giving rise to your claim(s) occur?

_____

D.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

_____

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

About to die my nigger is cut - upc sp gp

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Transfer to Wellstar

6/9    5/9

5) Donna Young / Lisa Mayo
V both are participating
in torture, torment for
hire w/ John C. Bell Jr
as their contact

(6) refuse to talk to Wellstar
AU is actively participating
in Catherine-Bud thing his
Sobinsky, Tarentino

17) William B Holley, AP 1
is payment to above
Jr. Bell is involved in what
w/ Politically w/ Prosecutor
Cloak
Fraud

way too much to list "Nagroville has the
few use"

8/8/9   S/9

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes
☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Emergency Status — all

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes
☐ No
☐ Do not know

OR Non-grievable claims

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes
☐ No
☐ Do not know

If yes, which claim(s)?

Niggerally USA — hail the jew mother whores

Page 6 of 11

All these Inmates on Goud Damn Dope addicts

### IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I do NOT "Knowingly" Do/ive the Jee fresh

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Don't know all cans

Date of signing: _____

Signature of Plaintiff _____
Printed Name of Plaintiff _____
Prison Identification # _____
Prison Address _____

_____ City _____ State _____ Zip Code

#### B. For Attorneys

Date of signing: 5/2/24

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____

_____ City _____ State _____ Zip Code

Telephone Number _____
E-mail Address _____

ASMP GA-3013
3809-434088 —
DAVENBERG
3001 Gordon Hwy
Grovetown, Ga
30813-3809
5/9/24
Legal Mail

Mr. Hall
Box 1130
Augusta Ga 30903

INSPECTED BY ____

ATLANTA GA RPDC 302

15 MAY 2024 PM 6 L